UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
:
JANE DOE :
: Case No.: 25-cv-1108
          *Pro Se* Plaintiff, :
: **MOTION TO RECONSIDER**
          -against- : **SEAL COMPLAINT AND**
: **PSEUDONYMIZE**
THE TRUSTEES OF COLUMBIA UNIVERSITY IN : **DEFENDANT YUJIN KIM**
THE CITY OF NEW YORK : **IN THIS DEFAMATION**
: **SUIT**
          Defendant#1, :
:
YUJIN KIM :
          Defendant#2, :
:
------------------------------------------------------------------- x

**MEMO ENDORSED**

Dear Judge Ramos,

   *Pro se* plaintiff moves the court to reconsider its decision to seal the original Complaint and pseudonymize Defendant #2 in this defamation suit. This Court issued the order even before the plaintiff's objection was filed publicly.

   Defendant #2 and three other individuals were named in the complaint because of their own involvement in and knowledge of the defamation case, not as a result of the university being sued. Therefore, they do not qualify as "innocent third parties." and some of the information Defendant try to redact are already public information.

   Plaintiff respectfully requests the Court to give specific reasons for its February 24 order.

Dated: February 24, 2025
New York, New York

                                                    /s/ Jane Doe
                                                  Jane Doe, *Pro se*
                                          442 Fifth Avenue #1047
                                            New York, NY 10018
                                                      912.707.1690
                                         doe826499@gmail.com

Defendants are directed to respond by March 6, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: February 27, 2025
New York, New York