UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    *Pro se* Plaintiff,<br>   v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY<br>IN THE CITY OF NEW YORK, et al.,<br><br>                  Defendant# 1,2 | Case No.: 25-cv-1108-ER<br><br>**REQUEST FOR SEALING** |

Dear Judge Ramos,

    Plaintiff Jane Doe respectfully requests to seal the Motion to Seal with Viewing Levels to be *Ex Parte*.

    The Court's Individual Practice 3 ii. states that motion to seal "must be filed in public view, must explain the particular reasons for seeking to file that information under seal and should not include confidential information sought to be filed under seal". However, the particular reason for sealing the motion to seal is inherently confidential and cannot not be filed in public view. *See* Motion to Seal under seal.

Dated: June 13, 2025
New York, New York

                                                            /s/ Jane Doe
                                                            Jane Doe, *Pro se*
                                                           228 Park Ave S #237032
                                                              New York, New York
                                                                      912.707.1690