UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        Plaintiff,

        v.

THE TRUSTEE OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK, and John Doe 1,

        Defendants.

**ORDER**

25-cv-1108 (ER)

Ramos, D.J.:

        On February 5, 2025, Plaintiff, proceeding *pro se*, filed a complaint against the Trustees of Columbia University in the City of New York ("Columbia") and John Doe 1 (collectively "Defendants"). Doc. 1. Plaintiff's complaint initially included the actual name of John Doe 1, a former-student defendant who was also a witness in Plaintiff's underlying sexual assault complaint against another Columbia student, who is not a party to this action, ¶ 76. *Id.* On February 14, 2025, Columbia filed a motion requesting that: (1) the Court restrict the viewing access of Plaintiff's complaint to the parties and the Court; (2) only a pseudonymized/redacted version of the complaint be available for public access on the docket; and (3) the same pseudonymization and redactions be applied in all future filings in this case. Doc. 15. On February 21, 2025, the Court granted Columbia's motion in its entirety. Doc. 15. On February 26, 2025, Plaintiff filed a motion for reconsideration of the Court's order. Doc. 18. On March 7, 2025, Plaintiff filed a second application for pro bono counsel[1] and an application to proceed *in forma pauperis* ("IFP"). Docs. 24–25. On March 13, 2025, Plaintiff requested an extension of

---

[1] Previously, on February 14, 2025, Plaintiff filed an application for pro bono counsel, Doc. 13, which the Court denied without prejudice. Doc. 19.

her time to reply to Columbia's opposition to her motion for reconsideration until a pro bono counsel is appointed, or after Columbia files its answer. Doc. 26. On March 17, 2025, the Court granted Plaintiff's request for an extension to file the reply and also granted her IFP application but denied her application for pro bono counsel. Docs. 28–29. On March 26, 2025, Plaintiff filed a third request for pro bono counsel that is pending. Doc. 31. On May 29, 2025, Columbia filed a motion to dismiss the complaint that is also pending. Doc. 44. As of June 27, 2025, Plaintiff has still not filed a reply to Columbia's opposition to Plaintiff's motion to reconsider.

On June 5, 2025, Plaintiff filed a proposed clerk's certificate of default against John Doe 1 and an affirmation in support. Docs. 48–49. These two filings again included the actual name of John Doe 1. *Id.* On June 6, 2025, Columbia requested that the Court: (1) seal the two filings; and (2) order Plaintiff to seek permission from the Court prior to filing any document containing the name of John Doe 1 or any other individual the Court has ordered to be identified by a pseudonym. Doc. 51. That same day, Plaintiff objected to Columbia's requests. Doc. 51. Plaintiff argues that the Court should only exercise its authority to seal specific documents. *Id.*

The Court granted Columbia's initial motion to pseudonymize John Doe 1's name in this matter on February 21, 2025, Doc. 15, and Plaintiff nonetheless disregarded that order in her two recent filings. Columbia's request to seal the two filings is GRANTED. Doc. 50.

Additionally, in a related case previously filed by this Plaintiff, *Doe v. Trustees of Columbia Univ. in the City of N.Y.*, No 21 Civ. 5839 (S.D.N.Y.) ("*Doe I*"), the Court placed a November 25, 2024, letter filed by Plaintiff requesting a premotion conference on "Selected Parties" viewing status upon Columbia's request because it contained the name of John Doe 1. Doc. 90, *Doe I*. On December 9, 2024, the Court granted Columbia's proposed redaction of Plaintiff's letter. Doc. 92, *Doe I*. Nonetheless, Plaintiff persists using the name of John Doe 1.

2

Docs. 1, 17, 48–49.

Accordingly, Columbia's request that the Court order Plaintiff to seek permission from the Court prior to filing any document containing the actual name of John Doe 1 or any other individual the Court has ordered to identified by pseudonym is GRANTED.  Doc. 51.

It is SO ORDERED.

Dated: June 27, 2025
       New York, New York

Edgardo Ramos, U.S.D.J.