UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

            *Pro se* Plaintiff,

    v.

YUJIN KIM

            Defendant# 2

Case No.: 25-cv-1108-ER

**ORDER TO SHOW CAUSE**
**FOR DEFAULT JUDGMENT**

    Upon the Declaration of Plaintiff, Jane Doe, dated July 27, 2025, together with the exhibits attached thereto, and upon all the pleadings and proceedings heretofore had herein, it appearing that the Defendant, Yujin Kim, has failed to answer or otherwise respond to the Complaint within the time required by Rule 12 of the Federal Rules of Civil Procedure;

    WHEREAS, this action was commenced on February 5, 2025 by the filing of a Complaint; and

    WHEREAS, a copy of the Summons and Complaint was duly served on the individual Defendant, Yujin Kim, on April 29, 2025 by process server and certified mail, as evidenced by the Proof of Service filed with the Court on July 2, 2025; and

    WHEREAS, the time for the Defendant to answer or otherwise respond to the Complaint has expired, and the Defendant has not appeared, answered, or otherwise defended in this action; and

    WHEREAS, a Clerk's Certificate of Default was entered by the Clerk of the Court on July 11, 2025, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and

    WHEREAS, the Plaintiff seeks a default judgment against the Defendant pursuant to

Rule 55(b)(2) of the Federal Rules of Civil Procedure for monetary damage of $75,000, plus costs and disbursements in the amount of $600;

IT IS HEREBY ORDERED that the Defendant, Yujin Kim, shall appear before this Court on August 14, 2025, at 11:00 a.m., at Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY, 10007, before the Honorable Edgardo Ramos, to show cause why a default judgment should not be entered against the Defendant in favor of the Plaintiff in the amount of $75,000, plus costs and disbursements of this action in the amount of $600, totaling $75,600.

IT IS FURTHER ORDERED that the Plaintiff shall serve a copy of this Order to Show Cause, together with the supporting Declaration and exhibits, upon the Defendant by personal service or certified mail, on or before, August 4, 2025 and shall file proof of such service with the Court prior to the return date.

IT IS FURTHER ORDERED that any opposition papers by Defendant shall be filed with the Court and served on Plaintiff no later than August 11, 2025.

Dated:  New York, New York
       July 31, 2025

_____
United States District Judge