UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

               Plaintiff,

               v.

THE TRUSTEE OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK, and John Doe 1,

               Defendants.

**ORDER**

25-cv-1108 (ER)

Ramos, D.J.:

On February 5, 2025, Plaintiff, proceeding *pro se*, filed the instant complaint against the Trustees of Columbia University in the City of New York and John Doe 1 (collectively "Defendants"). On February 14, 2025, Plaintiff filed an application for pro bono counsel. Doc. 13. On March 3, 2025, the Court denied Plaintiff's application without prejudice and directed Plaintiff to file an IFP application. Doc. 19. On March 7, Plaintiff filed a new application for pro bono counsel and an application to proceed *in forma pauperis* ("IFP"). Doc. 24–25. On March 17, 2025, the Court granted Plaintiff's IFP application and denied her application for pro bono counsel without prejudice. Doc. 28. A week later, on March 26, 2025, Plaintiff filed a third application for pro bono counsel. Doc. 31.

Plaintiff's application for pro bono counsel is denied without prejudice for the reasons stated in the Court's March 17 order, Doc. 28.

It is SO ORDERED.

Dated: August 7, 2025
      New York, New York

                                              Edgardo Ramos, U.S.D.J.