UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        Plaintiff,

        v.

THE TRUSTEE OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, and John Doe 1,

        Defendants.

**ORDER**

25-cv-1108 (ER)

Ramos, D.J.:

        On February 5, 2025, Jane Doe, proceeding *pro se*, filed the instant complaint against the Trustees of Columbia University in the City of New York and John Doe 1 (collectively "Defendants"). Doc. 1. On July 11, 2025, a clerk's certificate of default was entered against John Doe 1 for his failure to answer or otherwise move with respect to the complaint. Doc. 70. An order to show cause why default judgment should not be entered against John Doe 1 was issued on July 31, setting a hearing for August 14, 2025. Doc. 75. John Doe 1, proceeding *pro se*, filed an opposition to the order to show cause and a declaration in support thereof, arguing that he was not properly served, and requesting that the certificate of default be vacated. Docs. 78, 79. Both Jane Doe and John Doe 1 appeared at the hearing on August 14, 2025.

        For the reasons stated on the record on August 14, the Court vacates the certificate of default against John Doe 1, Doc. 70. The Court also grants John Doe 1 leave to move to dismiss on the following briefing schedule: moving papers due September 11, 2025, opposition due October 9, 2025, and reply due October 23, 2025.

        It is SO ORDERED.

Dated: August 15, 2025
       New York, New York

                                                      Edgardo Ramos, U.S.D.J.