UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        Plaintiff,

        v.

THE TRUSTEE OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, and JOHN DOE 1,

        Defendants.

**ORDER**

25-cv-1108 (ER)

Ramos, D.J.:

    On August 15, 2025, each of John Doe 1 and Jane Doe filed a letter with the Court. John Doe 1 requested that his name be pseudonymized as "John Doe 1" on all instances on the docket, and that documents containing his actual name or initials be sealed, redacted, or refiled with the name "John Doe 1." Doc. 84. Jane Doe, meanwhile, requested that John Doe 1 be referred to by his initials on the docket and in all future filings. Doc. 87.

    The Court grants John Doe 1's request and denies Jane Doe's request. Defendant John Doe 1 shall continue being referred to as "John Doe 1" in all future filings, as well as on the docket text.

    The Clerk of Court is respectfully directed to restrict the following documents to parties-only viewing level: 3, 13, 14, 20, 21, 25, 27, 29, 36, 41, 75, 76, and 81. The Clerk of Court is respectfully directed to terminate Doc. 84.

    It is SO ORDERED.

Dated: August 18, 2025
       New York, New York

                                            Edgardo Ramos, U.S.D.J.