UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, JOHN DOE 1,

                Defendants.

**ORDER**

25-cv-1108 (ER)

On November 17, 2025, Plaintiff Jane Doe filed a letter requesting the Court to treat the following documents filed by Defendant John Doe 1 as if they were prepared by an attorney: Opposition to Order to Show Cause, Doc. 78; Motion to Dismiss, Doc. 99; and Reply Memorandum of Law in Further Support of Defendant John Doe 1's Motion to Dismiss, Doc. 104. Jane Doe argues that the documents should be reviewed under the same standard as those prepared by an attorney because John Doe "received substantial legal assistance" in preparing the documents from the Federal Pro Se Legal Assistance Project. Doc. 105 at 1. The request is denied. While John Doe 1 may have received some assistance from the Legal Assistance Project, the organization does not represent him. Accordingly, his submissions are subject to the same lenience courts in this District accord to all pro se litigants.

    SO ORDERED.

Dated:   November 21, 2025
             New York, New York

                                                      Edgardo Ramos, U.S.D.J.