**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JANE DOE,

                                        Plaintiff,

        -against-                                              25 **CIVIL** 01108 (ER)

                                                        **JUDGMENT**

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK, JOHN DOE 1,

                                        Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 31, 2026, Defendants' motions to dismiss the

complaint are GRANTED. The motions for sanctions filed by Jane Doe and Columbia, the

motion to seal, and the motion to correct, are DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

        March 31, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                            **Clerk of Court**

                        **BY:**
                                        _____
                                            **Deputy Clerk**